## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RHATIA DOWNS JORDAN**<br>111 Top of the Rock<br>Morgantown, West Virginia 26508 | : <br> : <br> : | |
| and | : | |
| **WALI RASHID JORDAN**<br>111 Top of the Rock<br>Morgantown, West Virginia 26508 | : <br> : <br> : <br> : | |
| **Plaintiffs,** | : | |
| | | Case No.: _____ |
| v. | : | on removal from<br>No. 2022 CA 003358 B |
| **GUNTHER CHARTERS, INC.**<br>7474 Shipley Avenue<br>Hanover, Maryland 21076 | : <br> : <br> : <br> : | in the Superior Court of the<br>District of Columbia |
| and | : | |
| **HUNT VALLEY MOTOR COACH, INC.**<br>7474 Shipley Avenue<br>Hanover, Maryland 21076 | : <br> : <br> : <br> : | |
| **Defendants.** | : | |

### DEFENDANTS GUNTHER CHARTERS, INC. AND
### HUNT VALLEY MOTOR COACH, INC'S
### <u>NOTICE OF REMOVAL</u>

**COME NOW,** Defendants Gunther Charters, Inc. and Hunt Valley Motor Coach, Inc. (hereafter "Defendants"), by and through their undersigned counsel, Matthew M. Davey, Ryan Nelson and Kiernan Trebach LLP, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and file this Notice of Removal of this action from the Superior Court of the District of Columbia, in which it is now pending, to the United States District Court for the District of Columbia, on the following grounds.

**Nature of Plaintiffs' Claims**

1. On or about August 2, 2022, Plaintiffs filed the above action against Defendant Gunther Charters, Inc. (hereafter "Gunther") and Defendant Hunt Valley Motor Coach, Inc. (hereafter "Hunt Valley"), in the Superior Court of the District of Columbia, Case No. 2022 CA 003358 B.  [A copy of the Complaint is attached hereto as Exhibit #1.]

2. Plaintiffs' Complaint seeks damages in an amount that exceeds $75,000.  [Ex. #1, Pgs. 9,10.]

3. Upon information and belief, Gunther was served with process on or after August 4, 2022.

4. At the present time, it is unclear whether Hunt Valley was served with process.

**Parties**

5. Plaintiff Rhatia Downs Jordan (hereafter "Ms. Jordan"), alleges that she is an adult residing in Morgantown, West Virginia.  Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Ms. Jordan was a citizen of, West Virginia. [*Id.* Pg. 2, ¶2.]

6. Plaintiff Wali Rashid Jordan (hereafter "Mr. Jordan"), alleges that he is an adult residing in Morgantown, West Virginia. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Mr. Jordan was a citizen of West Virginia.  [*Id.* Pg. 2, ¶3.]

7. Upon information and belief, Defendant Gunther is a Maryland corporation with its principal place of business in Hanover, Maryland. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Gunther is a citizen of Maryland.

8. Upon information and belief, Defendant Hunt Valley is a Maryland corporation with its principal place of business in Hanover, Maryland. Therefore, pursuant to 28 U.S.C. § 1332(c)(1), for diversity purposes, Hunt Valley is a citizen of Maryland.

## Jurisdiction

9. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §§ 1441(a), (b) and (c).

10. This case is removable pursuant to 28 U.S.C. § 1441 because this United States District Court has original jurisdiction of this case under 28 U.S.C. § 1332(a).

11. Plaintiffs are citizens of Morgantown, West Virginia.

12. Defendants Gunther and Hunt Valley are citizens of the State of Maryland. Therefore, complete diversity exists between Plaintiffs and Defendants.

13. The amount in controversy in this action exceeds the value of $75,000, exclusive of interest and costs.

14. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount in controversy exceeds $75,000 and because this action is between citizens of different states.

15. Venue is proper because this District embraces the jurisdiction in which Plaintiffs initiated their lawsuit.

## Removal Procedures

16. Removal of this case is proper under 28 U.S.C. § 1441(a), which provides in relevant part that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant or Defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

17. A copy of all process, pleadings, and orders served upon Defendants are attached hereto as Exhibit A.

18. This removal is timely under 28 U.S.C. § 1446(b) because this Notice of Removal was filed less than thirty (30) days from the date it is believed that Gunther was served with a copy of the Complaint.

19. In accordance with 28 U.S.C. §1446(d), a true and correct copy of this Notice of Removal is being filed promptly with the Clerk of the Superior Court for the District of Columbia, and served along with written notice on all Parties and Counsel. A copy of the Notice of Removal to the Clerk is attached hereto as Exhibit B.

20. This action is removable solely on the basis of jurisdiction under section 1332(a) because none of the parties in interest properly joined and served as Defendants are a citizen of the District of Columbia.

21. No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendants.

**WHEREFORE**, Defendants Gunther Charters, Inc., and Hunt Valley Motor Coach, Inc, hereby remove the above-captioned action, which is now pending in the Superior Court of the District of Columbia, Washington, DC.

Dated: August 31, 2022               Respectfully submitted,

                                     **Kiernan Trebach LLP**

                                     _____/s/_____
                                     Matthew M. Davey, Esq. (Bar No. 484524)
                                     1233 20th Street NW, 8th Floor
                                     Washington, D.C. 20036
                                     Tel: (202) 712-7000
                                     Fax: (202) 712-7001
                                     mdavey@kiernantrebach.com
                                     *Attorneys for Defendant Gunther Charters, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of August 2022, a copy of the foregoing **Notice of Removal** was filed and served via the Court's electronic case filing system and served via first-class mail, postage prepaid, upon:

Demosthenes Komis, Esq.
2273 Research Boulevard, Suite 200
Rockville, Maryland 20850
*Attorney for Plaintiffs*

                                     _____/s/_____
                                     Matthew M. Davey, Esq.